NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RYAN E. ALLEY, DBA RYAN ALLEY
INTELLECTUAL PROPERTY LAW,**
*Appellant*

**v.**

**INNOVATION LAW GROUP, LTD.,**
*Appellee*

---

2015-1976

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91202418.

---

**JUDGMENT**

---

RYAN E. ALLEY, Ryan Alley Intellectual Property Law, Arlington, VA, argued pro se.

JACQUES M. DULIN, Innovation Law Group, Ltd., Sequim, WA, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 May 17, 2016                          /s/ Peter R. Marksteiner
        Date                                Peter R. Marksteiner
                                            Clerk of Court